BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| VIRGINIA M. SALINAS, | ) | Civil No. 1:15-cv-00976-EPG |
| | ) | |
|     Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **FIRST EXTENSION OF TIME FOR** |
|     v. | ) | **DEFENDANT TO FILE HER MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of a very heavy workload and because of an upcoming trip to Taiwan as a result of the passing of the undersigned's grandfather.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, June 9, 2016

Respectfully submitted,

Date: *April 25, 2016*                    LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Monica Perales\**
       MONICA PERALES
       *\* By email authorization on April 25, 2016*
       Attorney for Plaintiff

Date: *April 25, 2015*                    BENJAMIN B. WAGNER
                                          United States Attorney

By:    */s/ Jeffrey Chen*
       JEFFREY CHEN
       Special Assistant United States Attorney
       Attorneys for Defendant

**ORDER**

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than June 9, 2016. Plaintiff may file her reply brief no later than June 24, 2016.

IT IS SO ORDERED.

Dated:   **April 26, 2016**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2