BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VIRGINIA M. SALINAS, | Civil No. 1:15-cv-00976-EPG |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of the undersigned's recent return from a two week absence from the office and because of a Ninth Circuit brief that is due to be filed in two weeks.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, July 11, 2016.

Respectfully submitted,

Date: *June 9, 2016*            LAW OFFICES OF LAWRENCE D. ROHLFING

By:   */s/ Monica Perales\**
      MONICA PERALES
      *\* By email authorization on June 9, 2016*
      Attorney for Plaintiff

Date: *June 9, 2016*            BENJAMIN B. WAGNER
                                United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than **July 11, 2016**. Plaintiff may file her reply brief no later than **July 26, 2016**.

That, said, the Court cautions that extensions based on demands of other cases are disfavored because counsel is presumed to have sufficient resources to address the cases where he serves as counsel. Nevertheless, the Court will grant this extension, noting that no further extensions will be permitted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **June 10, 2016**                  /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

2