# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA M. SALINAS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:15-cv-00976-EPG<br><br>**ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION BRIEF**<br><br>(ECF No. 20) |

Defendant Carolyn W. Colvin ("Defendant") has filed a request for an extension of time to file her opposition brief to Plaintiff's Opening Brief. (ECF No. 20.) Plaintiff's Opening Brief was timely filed on March 24, 2016 and this is Defendant's third request for an extension. The Court initially granted a 45 day extension on April 27, 2016, which Defendant requested "because of a very heavy workload and because of an upcoming trip to Taiwan as a result of the passing of the undersigned's grandfather." (ECF No. 17.) The Court then granted a second extension of 30 days on June 10, 2016, which Defendant requested because of a "recent return from a two week absence from the office and because of a Ninth Circuit brief that is due to be filed in two weeks." (ECF No. 19.)

In granting that request, the Court noted that "extensions based on demands of other cases are disfavored" and that "no further extensions will be permitted absent extraordinary

1  circumstances." (ECF No. 19.)  After the second extension, Defendant's opposition brief was to
2  be filed no later than July 11, 2016.  No opposition brief was filed by that date.  Instead, on July
3  18, 2016, one week after the opposition brief was to be filed, Defendant has filed a third request
4  for an extension of time "because of a heavy accumulated workload following a two week
5  absence from the office after the passing of the undersigned's grandfather." (ECF No. 20.)

6       The request for an extension of time is DENIED.  As explained in the order granting the
7  second request for an extension, the Court presumes that counsel has sufficient resources to
8  address cases for which he serves as counsel of record.  The Court has already provided multiple
9  extensions and a two week absence from the office does not establish good cause for a cumulative
10 extension of nearly 90 days.  Moreover, the request for an extension of time is untimely because
11 Defendant's opposition brief was due one week before the filing of the extension.  The Court will
12 take Plaintiff's opening brief under submission and consider the issues raised therein.

13
14 IT IS SO ORDERED.

15    Dated:  **July 19, 2016**         /s/ Erica P. Grosjean
16                                         UNITED STATES MAGISTRATE JUDGE

2